No. 72–6352. Lowes v. Weinberger, Secretary of Health, Education, and Welfare. C. A. 5th Cir. Certiorari denied.

No. 72–6410. Walters v. Walters, Commissioner of Internal Revenue. C. A. 6th Cir. Certiorari denied.

No. 72–6422. Fullen v. Washington et al. Ct. App. Wash. Certiorari denied.

No. 72–6431. Craig v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 72–6433. Rogers v. New York. Ct. App. N. Y. Certiorari denied.

No. 72–6438. Fritz v. Missouri. Sup. Ct. Mo. Certiorari denied.

No. 72–6439. Williams v. Estelle, Corrections Director. Ct. Crim. App. Tex. Certiorari denied.

No. 72–6441. Matthews v. Wingo, Warden. C A. 6th Cir. Certiorari denied.

No. 72–6444. Salazar v. New Mexico. C. A. 10th Cir. Certiorari denied.

No. 72–6452. Morris v. Sparrow et al. Ct. App. Ky. Certiorari denied.

No. 72–6453. Flint v. Glasgow, State's Attorney of Piatt County, Illinois, et al. C. A. 7th Cir. Certiorari denied.

No. 72–6544. Elliott v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.